UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR02-74T
:
DANIEL SALAKO :

## MOTION FOR PERMISSION TO LEAVE THE COUNTRY

Now comes the Defendant Daniel Salako and respectfully requests the Court's permission to be allowed to travel to Nigeria for a period of 30 days and as grounds therefore, states the following:

1. On March 14, 2003 the Defendant as a result of his guilty plea to the above-captioned indictment, was sentenced to 18 months in the custody of the United States Bureau of Prisons.
2. Defendant was released from custody on July 27, 2004 and began serving a period of two years supervised release.
3. Recently the Defendant was informed that his father, who resides in Nigeria, has been diagnosed with a terminal illness which requires that his son take certain actions relative to certain business dealings within the country of Nigeria.
4. Attached hereto and made a part hereof is the medical information regarding Mr. Salako's medical condition and the necessity of his son to return to the country of Nigeria.

WHEREFORE, the Defendant prays the Court allow him to travel outside the United States of America to the country of Nigeria for a period of 30 days commencing on November 8, 2005 up to and including December 8, 2005.

Defendant
Daniel Salako
By his attorney,

Joseph L. DeCaporale

Joseph L. DeCaporale
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 fax

## CERTIFICATION

I hereby certify that I mailed by regular United States mail a true copy of the within document to counsel of record as indicated below on the 12 day of October, 2005.

Kate A Marenco

Stephanie Browne, Esq.
Fleet Center – 8th Floor
50 Kennedy Plaza
Providence, RI 02903

ATTENTION: MR. DANIEL SALAKO

**Royal Clinic: *Hospital & Maternity***
*58 Oyo Road, Mokola Ibadan Nigeria.*
☎02-2410160
P.O. Box 30001 Secretariat, Ibadan

Our Ref..................................

Your Ref..................................

Date 15/09/2005

**TO WHOM IT MAY CONCERN**
**RE: SALAKO OLADAYO ISHOLA**
**AGE: 73 YEARS**
**HOSPITAL NO. 01/3541**

This is to certify the above-named was diagnosed Ca. Prostate since September, 2001. He had bilateral Orchidectomy which was successful. He was discharged home November, 2001 on Cytotoxic drugs.

He was readmitted back in our hospital on the account of inability to pass urine. Investigations revealed metastasis (spread) of the prostate cancer on some parts of his body coupled with renal impairment. The son's attention, Mr. Daniel Salako is needed as the illness is terminal.

Thanking you.

Medical Director
ROYAL CLINIC LTD.
Mokola, Ibadan.

Dr. T. S. Shomuyiwa
*Medical Director*