UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
VS. : CR02-74T
DANIEL SALAKO :

## MOTION FOR PERMISSION TO LEAVE THE COUNTRY

Now comes the Defendant Daniel Salako and respectfully requests the Court's permission to be allowed to travel to Nigeria for a period of 30 days and as grounds therefore, states the following:

1. On March 14, 2003 the Defendant as a result of his guilty plea to the above-captioned indictment, was sentenced to 18 months in the custody of the United States Bureau of Prisons.

2. Defendant was released from custody on July 27, 2004 and began serving a period of two years supervised release.

3. Recently the Defendant was informed that his father, who resides in Nigeria, has been diagnosed with a terminal illness which requires that his son take certain actions relative to certain business dealings within the country of Nigeria.

4. Attached hereto and made a part hereof is the medical information regarding Mr. Salako's medical condition and the necessity of his son to return to the country of Nigeria.

WHEREFORE, the Defendant prays the Court allow him to travel outside the United States of America to the country of Nigeria for a period of 30 days commencing on November 8, 2005 up to and including December 8, 2005.

GRANTED
Ernest C. Torres
Chief, US District Judge
11/2/05

Defendant
Daniel Salako
By his attorney,

Joseph L. DeCaporale
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 fax

CERTIFICATION

I hereby certify that I mailed by regular United States mail a true copy of the within document to counsel of record as indicated below on the 12 day of October, 2005.

Kate A Maurence

Stephanie Browne, Esq.
Fleet Center – 8th Floor
50 Kennedy Plaza
Providence, RI 02903