UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR02-74T
:
DANIEL SALAKO :
:

DEFENDANT'S MOTION FOR MODIFICATION OF SUPERVISED RELEASE

Now comes the Defendant by and though his attorney Joseph L. DeCaporale and files this Motion for Modification of Supervised Release.

**TRAVEL**

On August 21, 2002, the Grand Jury indicted the Defendant, Daniel Salako with two counts of intent to defraud though the use of access devises and credit cards, in violation of 18 USC §1029(a)(2) and (b)(1).

On October 30, 2002, Defendant Salako pleaded guilty to the indictment pursuant to an agreement with the government.

On March 14, 2003, this Court imposed a sentence of 18 months confinement, and 2 years of supervised release and restitution in the amount of $32,475.93 to various victims. Defendant is currently serving his supervised release sentence and has paid all the restitution required.

Based on counsel's review of Defendant's situation with the Unites States Probation Officer, it appears that this Defendant has been in complete compliance with all requests made by his probation officer and further has made all of the debt restitution required to the various victims involved in this case.

The Defendant is employed and is attempting to get back on his feet financially so that he might support his wife and children.

In light of his current situation and his complete compliance with the orders of this Court thought every stage of this proceeding, I would respectfully suggest to the Court that his is a perfect candidate at this time to have his supervised release reduced to time spent and obviate the necessity of his continuing on supervised release.

Respectfully submitted,
Daniel Salako
By his attorney,

DENIED
Ernest C. Torres
Chief, US District Judge
4/11/06

Joseph L. DeCaporale
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 fax

CERTIFICATION

I hereby certify that I mailed by regular United States mail a true copy of the within document to counsel of record as indicated below on the 23 day of March, 2006.

Stephanie Browne, Esq.
Fleet Center – 8th Floor
50 Kennedy Plaza
Providence, RI 02903