**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR 02-00047-01T |
| | ) | |
| DANIEL SALAKO | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before U.S. Magistrate Judge ~~David L. Martin~~ LINCOLN D. ALMOND, for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant has completed the term of his supervision on July 27, 2006 as ordered by this Court, and the Government has no objection to this request, it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 28th day of July, 2006.

ENTER:

~~David L. Martin~~ LINCOLN D. ALMOND
U.S. Magistrate Judge

PER ORDER:

Deputy Clerk